Steve K. Parke, Esq.
Nevada Bar No.: 12627
**LAW FIRM OF PARKE ESQUIRE**
4455 S. Jones Blvd., Suite 1
Las Vegas, NV 89103
P: (702) 469-3000
F: (702) 675-8990
infoparkelaw@gmail.com

Jose E. Valenzuela III, Esq.
Nevada Bar No.: 12510
**V3 LAW, LLC**
4484 S. Pecos Rd., Suite 140
Las Vegas, Nevada 89121
P: (702) 930-2929
Jose@v3law.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

**\*\*\***

| | |
|---|---|
| JIMMY JIHO PARK, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>GEICO ADVANTAGE INSURANCE COMPANY., a Maryland Corporation; DOES I through XV, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-1343-JCM-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND MOTION TO BIFURCATE AND STAY SECOND, THIRD AND FOURTH CAUSES OF ACTION (ECF No. 5 & 6)**<br><br>**(SECOND REQUEST)** |

The parties, by and through their undersigned counsel of record, hereby stipulate and agree that the time for Plaintiff Jimmy Jiho Park ("Mr. Park" or "Plaintiff") to file his response to Defendant's Motion to Bifurcate and Defendant's Motion to Dismiss, said responses being due on August 25, 2020, be extended until **September 1, 2020**.

**Reason for Extension**

Because of the cases recent removal to Federal Court, and Plaintiffs' Counsel and Defendants' counsel discussions regarding a potential resolution to the subject Motion, along with the complexity and potential dispositive effects of Defendant's Motions, Plaintiff requires additional time to perform a full analysis and respond accordingly. A brief extension will provide Mr. Park

4849-8793-6708.1

and his counsel sufficient time to prepare an appropriate response.  This stipulation is made in good faith and not for the purpose of delay.

This is the second extension of time requested by counsel for filing Plaintiff's response to Defendant's Motion to Bifurcate and Motion to Dismiss.

| | |
|---|---|
| DATED this 25th day of August, 2020. | DATED this 25th day of August, 2020. |
| LEWIS BRISBOIS BISGAARD & SMITH | V3 LAW LLC |

/s/  *Cheryl A. Grames*  
ROBERT W. FREEMAN  
Nevada Bar No. 3062  
CHERYL A. GRAMES  
Nevada Bar No. 12752  
TARA U. TEEGARDEN  
Nevada Bar No. 15344  
6385 S. Rainbow Boulevard, Suite 600  
Las Vegas, Nevada 89118  
*Attorneys for Defendant*

/s/   *Jose E. Valenzuela III*  
Jose E Valenzuela III, Esq.  
Nevada Bar No. 12510  
4484 S. Pecos Rd. # 140  
Las Vegas, Nevada 89121  
*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated  September 1, 2020.

_____  
U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that on the 25th day of August, 2020, I electronically transmitted the foregoing STIPULATION AND ORDER using the CM/ECF system for filing and transmittal to all interested parties:

ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
E-Mail: Cheryl.Grames@lewisbrisbois.com
TARA U. TEEGARDEN
Nevada Bar No. 15344
Email: Tara.Teegarden@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

/s/ _Miguel Rivas_____
Employee of V3 Law LLC