ROBERT W. FREEMAN
Nevada Bar No. 03062
E-Mail: Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
E-Mail: Cheryl.Grames@lewisbrisbois.com
TARA U. TEEGARDEN
Nevada Bar No. 15344
Email: Tara.Teegarden@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*GEICO Advantage Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, SOUTHERN DIVISION

**\*\*\***

| | |
|---|---|
| JIMMY JIHO PARK, an individual; | CASE NO.: 2:20-cv-1343-JCM-EJY |
| Plaintiff, | **STIPULATION AND (PROPOSED) ORDER TO STAY DISCOVERY AS TO PLAINTIFF'S SECOND, THIRD, AND FOURTH CAUSES OF ACTION** |
| vs. | |
| GEICO ADVANTAGE INSURANCE COMPANY, a Maryland Corporation; DOES I through XV, and ROE Corporations I through X, inclusive, | |
| Defendants. | |

Pursuant to LR IA 6-1, 6-2 and LR 26-4, Plaintiff JIMMY JIHO PARK ("Plaintiff"), by and through his counsel of record, along with Defendant GEICO ADVANTAGE INSURANCE COMPANY ("Defendant"), by and through its counsel of record (collectively, the "Parties"), hereby stipulate and agree to stay the discovery as to Plaintiff's Second, Third, and Fourth Causes of Action pending resolution of Plaintiff's First Cause of Action (Breach of Contract).

On July 28, 2020, Defendant filed two motions:  a Motion to Dismiss Plaintiff's Second, Third, and Fourth Causes of Action (the "extra-contractual claims") (ECF No. 5), and a Motion to Bifurcate the extra-contractual claims or, alternatively, to stay discovery as to the extra-contractual claims until resolution of Plaintiff's breach of contract claim (ECF No. 6) (the "Motions").  By

4842-5951-3289.1

stipulation, the Parties agreed to and sought to extend the briefing schedule for Plaintiff's corresponding Responses to Defendant's Motions.  In so doing, the Parties have now reached an agreement that will obviate the need for further motion practice at this time and obviate the need to engage into potentially unnecessary discovery into the extra-contractual claims, to wit: to stay discovery into the extra-contractual claims until such time as the contract claim is resolved.

The Parties further agree to notify the Court of the Parties' resolution of Plaintiff's First Cause of Action within fifteen (15) days of any such resolution, and agree to submit a proposed Amended Discovery Plan and Scheduling Order for the Court's consideration within thirty (30) days of resolution of Plaintiff's First Cause of Action.

The Parties further agree that Defendant will withdraw its pending Motions at this time, said Notice of Withdrawal to be filed concurrently with this stipulation. (ECF No. ___ ).

This is the first request to stay discovery of the extra-contractual claims in this matter. This request reflects the Parties' intention to seek an efficient means to conduct discovery and reach a resolution of Plaintiff's contract claim.

**A. <u>PROCEDURAL ACTIONS COMPLETED TO DATE</u>**

1. On July 20, 2020, Defendant removed the instant action. (ECF No. 1); filed its Certificate of Interested Parties (ECF No. 2), and demanded a trial by jury (ECF No. 3).

2. On July 28, 2020, Defendant filed its Motion to Dismiss the Second, Third, and Fourth Causes of Action in Plaintiff's Complaint. (ECF No. 5).

3. On July 28, 2020, Defendant filed its Motion to Bifurcate and Stay Plaintiff's Second, Third, and Fourth Causes of Action. (ECF No. 6).

4. On August 10, 2020, the parties submitted a stipulation and proposed order extending the briefing schedule for Plaintiff's responses to Defendant's motions. (ECF No. 7).

5. On August 17, 2020, the Court ordered that the new deadline for Plaintiff's response to Defendant's motions as August 25, 2020. (ECF No. 9).

6. On August 19, 2020, Defendant filed its Statement re Removed Action. (ECF No. 11).

7. The parties held their FRCP 26(f) conference on August 31, 2020, during which the

Parties discussed the scope and timing of discovery as to Plaintiff's First Cause of Action (breach of contract) only.

B. **DISCOVERY THAT REMAINS TO BE COMPLETED**

The Parties have not conducted any discovery beyond participating in their FRCP 26(f) conference. Subsequent to submitting their Joint Proposed Discovery Plan and Scheduling Order, the Parties will serve their respective FRCP 26(a)(1) Initial Disclosures pertaining to Plaintiff's First Cause of Action only. The Parties will propound written discovery and may issue subpoenas for documents regarding same. The Parties will depose relevant fact witnesses as to the nature and extent of Plaintiff's injuries and treatment.

C. **SCHEDULE FOR COMPLETING DISCOVERY**

The Parties will incorporate the instant stipulation to stay discovery into Plaintiff's extra-contractual claims into their proposed joint discovery plan, which will thereby allow discovery into Plaintiff's First Cause of Action to proceed forthwith.

DATED this 1st day of September 2020.

LEWIS BRISBOIS BISGAARD & SMITH LLP

 /s/ CHERYL A. GRAMES
ROBERT W. FREEMAN
Nevada Bar No. 3062
CHERYL A. GRAMES
Nevada Bar No. 12752
TARA U. TEEGARDEN
Nevada Bar No. 15344
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

DATED this 1st day of September 2020.

V3 LAW, LLC

 /s/ JOSE E. VALENZUELA III
JOSE E. VALENZUELA III
Nevada Bar No. 12510
4484 S. Pecos Road, Suite 140
Las Vegas, Nevada 89121
*Attorneys for Plaintiff*

4842-5951-3289.1

3

**ORDER**

**IT IS HEREBY ORDERED** that pursuant to GEICO's Notice of Withdrawal of Motions docketed as ECF Nos. 5 and 6 (ECF No. 16), the Stipulation and Order to Stay Discovery as to Plaintiff's Second, Third, and Fourth Causes of Action (ECF No. 15) is GRANTED.

**IT IS FURTHER ORDERED** that ECF Nos. 5 and 6 shall be docketed as withdrawn.

**IT IS FURTHER ORDERED** that within ten (10) days of the date of this Order, the parties shall submit a discovery plan and scheduling order that incorporates the stay and advises how, if at all, discovery will proceed regarding the causes of action on which discovery is stayed once a determination on Plaintiff's First Cause of Action is determined.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  September 1, 2020