1  ROBERT W. FREEMAN
   Nevada Bar No. 03062
2  E-Mail: Robert.Freeman@lewisbrisbois.com
   CHERYL A. GRAMES
3  Nevada Bar No. 12752
   E-Mail: Cheryl.Grames@lewisbrisbois.com
4  TARA U. TEEGARDEN
   Nevada Bar No. 15344
5  Email: Tara.Teegarden@lewisbrisbois.com
   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
6  6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
7  702.893.3383
   FAX: 702.893.3789
8  *Attorneys for Defendant*
   *GEICO Advantage Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| JIMMY JIHO PARK, an individual; | CASE NO.: 2:20-cv-1343-JCM-EJY |
|---|---|
| Plaintiff, | **STIPULATION AND (PROPOSED) ORDER REGARDING DEADLINE TO FILE ANSWER TO PLAINTIFF'S COMPLAINT (ECF No. 1-1)** |
| vs. | |
| GEICO ADVANTAGE INSURANCE COMPANY, a Maryland Corporation; DOES I through XV, and ROE Corporations I through X, inclusive, | |
| Defendants. | |

Plaintiff JIMMY JIHO PARK ("Plaintiff"), by and through his counsel of record, along with Defendant GEICO ADVANTAGE INSURANCE COMPANY ("Defendant"), by and through its counsel of record (collectively, the "Parties"), hereby stipulate and agree that Defendant's Answer to Plaintiff's Complaint (ECF No. 1-1) must be filed no later than September 8, 2020. This stipulation arises out of the Parties' agreement to stay discovery as to Plaintiff's Second, Third, and Fourth Causes of Action until resolution of Plaintiff's breach of contract claim and upon Defendant's withdrawal of its pending motions to dismiss and alternatively to bifurcate and stay discovery (ECF Nos. 5 and 6). *See* ECF Nos. 15 and 16.

This is the first request to extend the deadline for Defendant's Answer, and the Parties do



4845-2225-4537.1

not intend by it to unduly delay these proceedings.  This request reflects the Parties' intention to seek an efficient means to conduct discovery and reach a resolution of Plaintiff's contract claim.

DATED this 2nd day of September 2020.

LEWIS BRISBOIS BISGAARD & SMITH LLP

 /s/ CHERYL A. GRAMES
ROBERT W. FREEMAN
Nevada Bar No. 3062
CHERYL A. GRAMES
Nevada Bar No. 12752
TARA U. TEEGARDEN
Nevada Bar No. 15344
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

DATED this 2nd day of September 2020.

V3 LAW, LLC

 /s/ JOSE E. VALENZUELA III
JOSE E. VALENZUELA III
Nevada Bar No. 12510
4484 S. Pecos Road, Suite 140
Las Vegas, Nevada 89121
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

Dated: September 2, 2020

_____
U.S. MAGISTRATE JUDGE